UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| GREGORY D. RICHARD, JR., | ) | CASE NO. 3:23-cv-00599 |
| | ) | |
| Petitioner, | ) | JUDGE BRIDGET MEEHAN BRENNAN |
| | ) | |
| v. | ) | |
| | ) | |
| WARDEN DOUGLAS FENDER, | ) | **OPINION AND ORDER** |
| | ) | |
| Respondent. | ) | |

Before the Court is the Report and Recommendation ("R&R") of Magistrate Judge James E. Grimes Jr. recommending that Gregory D. Richard, Jr.'s ("Petitioner") petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 be denied. (Doc. 34.)

Under the relevant statute:

> Within fourteen days after being served with a copy, any party may serve and file written objections to such proposed findings and recommendations as provided by rules of court. A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made.

28 U.S.C. § 636(b)(1)(C) (flush language).

The R&R was issued on July 30, 2026. (Doc. 34.) Petitioner is represented by counsel. (Docs. 10, 11.) The failure to timely file written objections to a report and recommendation of a magistrate judge constitutes a forfeiture of *de novo* review by the district court. *Berkshire v. Dahl*, 928 F.3d 520, 530 (6th Cir. 2019); *see also Thomas v. Arn*, 474 U.S. 140, 146-52, 106 S. Ct. 466, 88 L. Ed. 2d 435 (1985) (upholding Sixth Circuit's waiver/forfeiture rule as within its supervisory powers and consistent with 28 U.S.C. § 636(b)(1)(C)). The R&R plainly stated the consequences for failing to timely submit objections. (Doc. 34 at 3150.) No objection to the R&R has been filed and the deadline for doing so has passed.

The Court has reviewed the R&R. For the reasons stated therein, the Court ACCEPTS and ADOPTS the R&R in its entirety. Accordingly, Gregory D. Richard, Jr.'s petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is DENIED. The Court further certifies that there is no basis on which to issue a certificate of appealability. 28 U.S.C. § 2253; Fed. R. App. P. 22(b).

**IT IS SO ORDERED.**

Date: August 17, 2026

BRIDGET MEEHAN BRENNAN
UNITED STATES DISTRICT JUDGE